UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Patricia and Kawana Brown,<br><br>        Plaintiff,<br>   v.<br><br>Windham Professionals Inc,<br><br>        Defendant. | Civil Action No.:  3:09-cv-01448-WWE |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

   Plaintiffs, Patricia and Kawana Brown, by their attorney, hereby withdraw their complaint and voluntarily dismiss this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated: November 18, 2009

                                        Respectfully submitted,

                                        By:  /s/ Sergei Lemberg
                                             Sergei Lemberg (Juris No. 425027)
                                             Lemberg & Associates, L.L.C.
                                             1100 Summer Street, 3rd Floor
                                             Stamford, CT 06905
                                             Telephone: (203) 653-2250
                                             Facsimile: (877) 795-3666